**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Theresa Smith, <br><br> Plaintiff, <br><br> v. <br><br> Encore Receivable Management, Inc., <br><br> Defendant. | Case No. 07 C 6900 <br> Judge Norgle <br> Magistrate Judge Ashman |

**FEDERAL RULE 7.1 DISCLOSURE STATEMENT OF
ENCORE RECEIVABLE MANAGEMENT, INC.**

Pursuant to Federal Rule 7.1, Encore Receivable Management, Inc. states that:

1) 10% or more of its stock is owned by the Convergys Corporation, 201 E. 4th Street, Cincinnati, Ohio 45202.

Date: February 11, 2008

Respectfully submitted,
ENCORE RECEIVABLE MANAGEMENT, INC.

By: s/ Nabil G. Foster
One of the Attorneys for Defendant

David M. Schultz (Atty. No. 6197596)
Nabil G. Foster (Atty. No. 6273877)
Attorneys for Defendant
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
Phone No: (312) 704-3000
Fax No: (312) 704-3001
E-mail Address: dschultz@hinshawlaw.com
                nfoster@hinshawlaw.com

6282077v1 885590

## CERTIFICATE OF SERVICE

  I, Nabil G. Foster, an attorney, certify that I shall cause to be served a copy of the **FEDERAL RULE 7.1 DISCLOSURE STATEMENT OF ENCORE RECEIVABLE MANAGEMENT, INC.** upon the following individual(s), by deposit in the U.S. mail box at 222 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, before the hour of 4:00 p.m., messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this 11th day of February, 2008.

| | | |
|---|---|---|
| _X_ | CM/ECF | *Attorneys for Plaintiff(s)* |
| ___ | Facsimile | Timothy J. Sostrin |
| ___ | Federal Express | Legal Helpers, P.C. |
| ___ | Mail | 20 W. Kinzie Street, Suite 1300 |
| ___ | Messenger | Chicago, IL 60610 |
| | | tjs@legalhelpers.com |
| | | Phone No: (312) 753-7576 |
| | | Fax No: (312) 822-1064 |

                 s/Nabil G. Foster
                 One of the Attorneys for Defendant

David M. Schultz (Atty. No. 6197596)
Nabil G. Foster (Atty. No. 6273877)
Attorneys for Defendant
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
Phone No:  (312) 704-3000
Fax No:  (312) 704-3001
E-mail Address: dschultz@hinshawlaw.com
         nfoster@hinshawlaw.com