## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Theresa Smith<br><br>      Plaintiff,<br><br>v.<br><br>Encore Receivable Management, Inc.<br><br>      Defendant. | CASE NO.: 1:07-cv-06900<br><br>JUDGE:  Norgle<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

Now come the parties, by and through counsel, and hereby dismiss the present action with prejudice pursuant to Fed. R. 41(a)(1)(ii).

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: s/Timothy J. Sostrin
Timothy J. Sostrin (Atty. No. 6290807)
233 S. Wacker, Suite 5150
Chicago, IL 60606
Telephone: 1.866.339.1156
tjs@legalhelpers.com
Attorneys for Plaintiff

Hinshaw & Culbertson, LLP

By: s/with consent of Nabil G. Foster
Nabil G. Foster (Atty. No. 6273877)
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: 312-609-7712
nfoster@hinshawlaw.com
Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 25, 2008, a copy of the foregoing Stipulation was

filed electronically.  Notice of this filing will be sent by operation of the Court's

electronic filing system to the following:

Nabil G. Foster
HINSHAW & CULBERTSON, LLP
nfoster@hinshawlaw.com

David M. Schultz
HINSHAW & CULBERTSON, LLP
dschultz@hinshawlaw.com

<u>s/Timothy J. Sostrin</u>