UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Theresa Smith
                              Plaintiff,

v.                                                      Case No.: 1:07−cv−06900
                                                        Honorable Charles R. Norgle Sr.

Encore Receivable Management, Inc.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, July 23, 2008:

    MINUTE entry before the Honorable Charles R. Norgle, Sr: Case dismissed with prejudice pursuant to Fed. R. 41(a)(1)(ii). Civil case terminated. Mailed notice(ewf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.